372 A.2d 844

Commonwealth v. Servey, Appellant.

Submitted June 28, 1976.   Joseph W. Mullin, Public Defender, for appellant;  Stewart L. Kurtz, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 844

Commonwealth v. Smith, Appellant.

Submitted September 12, 1975.   David S. Fishbone, for appellant;  John DiDonato and Mark Sendrow, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.